EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

**FILED**

AUG 25 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: **Hood, Melynda**
**P.O. Box 3272**
**Quincy, IL 62305**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

14-3266

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2013-01606 | **Daniel Lim,** **Acting State and Local Coordinator** | (312) 869-8082 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe/dll*

**John P. Rowe,**
**District Director**

*August 11, 2014*

*(Date Mailed)*

Enclosures(s)

cc: **FIRST BANKERS TRUST COMPANY N.A.**
c/o Jennifer A. Winking, Esq.
**Scholz, Loos, Palmer, Siebers & Duesterhaus, LLP**
**625 Vermont Street**
**Quincy, IL 62301**

12. State here briefly and as clearly as possible the essential facts of your claim.  Describe
    precisely how each defendant in this action is involved.  Give dates and places.
    Concentrate on describing as clearly and simply as possible what employment action or
    situation you allege to have been illegal and how it violated your rights.  It is not
    necessary to make legal arguments or cite any cases or statutes.

The fact that I was wrongfully terminated after 23 years of employment.
Susan Fanlow was the supervisor who micro-manage the teller supervisor
who is Deb McClelland. Susan became my supervisor in early 2012 in which
at that time I was employed there for 22 years without no harassing. Deb came
in as supervisor around the same time and that was the beginning of harassing.
I went and talked to human resource Kathy McNay in which nothing was
done. Also the president of the company Art Greenbank was aware that
I had problems with Susan and Deb McClelland. Not only that, they had a
new Branch president (Dave Rakers) helped to terminate my employment who knews nothing
about protocol with my department. I had a discrepany in my drawer in
which an auditing and reviewing of camera could of insist me in
find the error, I was discriminated about helping me get the result
that could of been useful in the situation. This continued from Sept 2013
thru April 2013.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
    [*check only those that apply*]

1st they said that I
didn't tell supervisor of
error, than they said
I told wrong supervisor

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☐   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): _____

4

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#13M0425.13   **RECEIVED**

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2013SF3025 |
| ☐ EEOC | |

MAY 02 2013

Dept. of Human Rights

Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Melynda Hood | 217-223-8207 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P. O. Box 3272 | Quincy, IL 62305 | / / |
| | | M   D   Y |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| First Bankers Trust Co /NA | | 217-228-8000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P. O. Box 3566 | Quincy, IL 62305 | Adams |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| RACE | April 2013 |
| | ☐ CONTINUING ACTION |

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

I.  A.  ISSUE/BASIS
    1.  Racial harassment continuing through March 2013, related to race, Black.

  B.  PRIMA FACIA ALLEGATIONS
    1.  My race is Black.
    2.  I was well qualified and performed the duties of teller/vault teller in a manner consistent with policy.
    3.  I was subject to harassment continuing through March 2013. The harassment consisted of racial remarks including Respondent telling other tellers (all non-Black) to refrain from interaction with me.
    4.  Investigation will show that non-Black tellers was not subject to similar harassment.

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 1ˢᵗ DAY OF May, 2013

X _Katherine L Kraushaar_
NOTARY SIGNATURE

OFFICIAL SEAL
KATHERINE L KRAUSHAAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/23/15
NOTARY STAMP

X _Melynda Hood_   5/1/13
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)

**State of Illinois**
**Department of Human Rights**

**EMPLOYMENT COMPLAINANT INFORMATION SHEET**

PLEASE PRINT LEGIBLY

Today's Date: 4/23/2013

## 1. PERSONAL INFORMATION:

NAME: Melynda A Hood

ADDRESS: P.O. Box 3272

APT #:

CITY: Quincy

STATE: IL

ZIP: 62305

PHONE #: 217-223-8207

E-MAIL:

ALT. PHONE #: 217-617-6959

ALT. PHONE #:

## 2. PERSONAL DATA: Please provide the following information for statistical purposes only:

DATE OF BIRTH: 9-18-1962

SEX: Female

CHECK THE CATEGORY IN THE LIST BELOW OF NATIONAL ORIGIN OR ANCESTRY WITH WHICH YOU MOST STRONGLY IDENTIFY:

| | | | |
|---|---|---|---|
| Greece = B ☐ | Haiti = T ☐ | India = N ☐ | Ireland = I ☐ |
| Italy = Y ☐ | Japan = J ☐ | Korea = A ☐ | Liberia = R ☐ |
| Mexico = M ☐ | Middle East = L ☐ | Pakistan = K ☐ | Philippines = S ☐ |
| Poland = O ☐ | Puerto Rico = P ☐ | U.S.A. = U ☑ | Vietnam = V ☐ |
| Other African/ Non Arab = F ☐ | Other East Asia = W ☐ | Other Eastern Europe = E ☐ | Other Hispanic = H ☐ |
| Other = Z ☐ | Specify: African American | | |

## 3. ALTERNATE CONTACT INFORMATION: Provide the names of two persons who can contact you in the event this office is unable to locate you. Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

NAME: Naomi Hood

ADDRESS: 408 S. 2nd

APT #:

CITY: LaGrange

STATE: MO

ZIP: 63448

PHONE #: 1-573-655-4124

NAME: Keith Trabb

ADDRESS: 1208 N. 13th

APT #:

CITY: Quincy

STATE: IL

ZIP: 62301

PHONE #: 217-231-1458

## 4. RESPONDENT INFORMATION: Write out the full legal name of the Employer, Union, Employment Agency, Temporary Agency (i.e. the Respondent), that you believe discriminated against you in Illinois. Dave Bakers / Susan Farlow / Deb McClella

NAME: First Bankers Trust Co/NA

ADDRESS: P.O. Box 3566

CITY: Quincy

STATE: IL

ZIP: 62305

COUNTY: Adams

PHONE #: 217-228-8000

DOES THE RESPONDENT HAVE A TOTAL OF 15 OR MORE PEOPLE WORKING IN THE STATE OF ILLINOIS?   YES ☑   NO ☐

DOES THE RESPONDENT HAVE A TOTAL OF 15 OR MORE PEOPLE WORKING IN THE UNITED STATES?   YES ☑   NO ☐

## 5. IF YOU HAVE BEEN EMPLOYED BY THE RESPONDENT, PLEASE FILL IN THE FOLLOWING:

JOB TITLE: Teller/Vault teller

DATE HIRED: 10-17-1990

DEPARTMENT: Retail

SUPERVISOR: Deb McClelland / Susan Farlow

WERE YOU ON PROBATION?   YES ☐   NO ☑

PRESENT OR LAST SALARY: 13.10

SELECT ONE:   HOURLY ☑   BI-MONTHLY ☐   MONTHLY ☐   WEEKLY ☐   ANNUALLY ☐

| OFFICE USE ONLY | CONTROL NUMBER: | INVESTIGATOR INITIALS: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Illinois Department of Human Rights

**EMPLOYMENT COMPLAINANT INFORMATION SHEET**

**6.    DESCRIPTION OF THE EMPLOYMENT HARM AND BASES THE IDHR IS BEING REQUESTED TO INVESTIGATE:**

**A.   FIRST ISSUE OF HARM OR EMPLOYMENT ACTION TAKEN AGAINST YOU BY RESPONDENT:**

terminated because I was the only black teller treated differently than all the white tellers

BASIS:  Note:  See Page 3 for the Bases IDHR can investigate.

discrimination of color

DATE OF ACTION:

April 12, 2013

REASON GIVEN BY RESPONDENT FOR THE ACTION TAKEN AGAINST YOU:

40 other white tellers to take care of I need I have to fire you

NAME OF THE PERSON WHO GAVE YOU THIS INFORMATION:

Dave Reckers

JOB TITLE:

Regional president

NAME AN EMPLOYEE WHO WAS TREATED MORE FAVORABLY THAN YOU IN A SIMILAR OR COMPARABLE SITUATION:

all the white tellers   Pam Reckers  Deb McClelland

**B.   SECOND ISSUE OF HARM OR EMPLOYMENT ACTION TAKEN AGAINST YOU BY RESPONDENT (if applicable):**

racial remarks  telling teller that she needs to not socialize with other tellers and the only teller was me because I was black

BASIS:  Note:  See Page 3 for the Bases IDHR can investigate.

DATE OF ACTION:

3/2013

REASON GIVEN BY RESPONDENT FOR THE ACTION TAKEN AGAINST YOU:

Kathy MiKay HR  + Susan Farlow Supervisor toled her because she couldn't get the new supervisor position.

NAME OF THE PERSON WHO GAVE YOU THIS INFORMATION:

Lisa Stehl

JOB TITLE:

teller

NAME AN EMPLOYEE WHO WAS TREATED MORE FAVORABLY THAN YOU IN A SIMILAR OR COMPARABLE SITUATION:

all tellers she would talk to but me

**7.   WITNESS INFORMATION:**

| NAME: | PHONE: | NAME: | PHONE: |
|---|---|---|---|
| Lisa Stehl | 217-224-2384 | Sheila Vanul | 217-224-0099 |
| ADDRESS: | | ADDRESS: | |
| 2300 Jackson Street | | 1417 Spangdale N. | |
| CITY/STATE/ZIP: | | CITY/STATE/ZIP: | |
| Quincy IL 62301 | | Quincy IL 62305 | |

**8.   SPECIAL BASES:**

**A.   If you claimed SEXUAL HARASSMENT as a basis:**

NAME OF THE HARASSER:

JOB TITLE OF THE HARASSER:

| DO YOU WANT THE SEXUAL HARASSER CHARGED SEPARATELY AS AN ADDITIONAL RESPONDENT? | YES ☐  NO ☐ | IF YES, GIVE THE PHONE NUMBER OF THAT PERSON: | | |
|---|---|---|---|---|
| IF YES, GIVE THE ADDRESS OF THAT PERSON: | | CITY: | STATE: | ZIP: |

**B.   If you claimed PHYSICAL OR MENTAL DISABILITY as a basis:**

STATE YOUR MEDICALLY DIAGNOSED DISABILITY(-IES):

EXPLAIN HOW THE RESPONDENT BECAME AWARE OF EACH DISABILITY:

**C.   If you claimed RETALIATION as a basis:**

STATE HOW YOU OPPOSED UNLAWFUL DISCRIMINATION: (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination).  Include dates, charge numbers, and/or the name or title of the person to whom you complained

**9.   HAVE YOU FILED A PREVIOUS CHARGE AGAINST THIS EMPLOYER WITH IDHR?**

YES ☐
NO ☒   CHARGE NUMBER:

CIS-E Rev 9/17/12

2

You are required to sign on the bottom of page 3 of this form before submitting it to IDHR.

(over)

Quincy IL 62301
217-617-1255
Quincy IL 62301

_____

_____

_____

_____

_____

(g) ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑  Grant such other relief as the Court may find appropriate.

_Melynda A Hood_
(Plaintiff's signature)

_Melynda  A  Hood_     (used)
(Plaintiff's name)

120 8  N. 13th        P.O.Box 3272
                       Quincy IL 62301

_____
(Plaintiff's street address)

(City) Quincy        (State) IL    (ZIP) 62301

(Plaintiff's telephone number) (217) - 223-8207

Date: Aug 21, 2014

5